DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD LOGAN ROBERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0029

[March 5, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312004CF001079B.

Edward Logan Roberson, Bristol, pro se.

Appearance not required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***